UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TYVETTE DAVIS,<br><br>      Plaintiff,<br><br>v.<br><br>CALEB CLEM, et al.,<br><br>      Defendants. | CIVIL ACTION NO.<br>1:23-CV-00639-JPB |

### ORDER

Discovery in this case closed on July 13, 2023, and to date, no dispositive motions have been filed. The parties are **HEREBY ORDERED** to file the consolidated pretrial order required by Local Rule 16.4 no later than November 3, 2023. The parties are notified that a failure to comply with this Order may result in sanctions, including dismissal of the case or entry of default judgment. In the event a consolidated pretrial order is not filed, the Clerk is **DIRECTED** to submit the case at the expiration of the applicable time period.

**SO ORDERED** this 20th day of October, 2023.

J. P. BOULEE
United States District Judge