UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| YVETTE DAVIS,<br><br>      Plaintiff,<br><br>v.<br><br>CALEB CLEM, et al.,<br><br>      Defendants. | CIVIL ACTION NO.<br>1:23-CV-00639-JPB |

## ORDER

Plaintiff filed this action in the State Court of Dekalb County, Georgia on November 9, 2022. [Doc. 1-1]. Defendants removed the action to this Court on February 10, 2023. [Doc. 1]. Discovery in this case closed on July 13, 2023, [Doc. 7], and to date, no dispositive motions have been filed. As such, on October 20, 2023, this Court ordered the parties to file a consolidated pretrial order no later than November 3, 2023. [Doc. 9]. In its October 20, 2023 Order, the Court also notified the parties that failure to comply with its Order may result in sanctions, including dismissal of the case or entry of default judgment. Id. The parties failed to file a consolidated pretrial order.

Local Rule 41.3(A)(2) authorizes the Court to dismiss a case for want of prosecution for failure to obey a lawful order of the Court. Because the parties did

not file a consolidated pretrial order pursuant to this Court's October 20, 2023 Order, this action is **DISMISSED** without prejudice for failure to prosecute. The Clerk is **DIRECTED** to close this case.

    **SO ORDERED** this 7th day of November, 2023.

J. P. BOULEE
United States District Judge