UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

YVETTE DAVIS,
    Plaintiff,

vs.

CALEB CLEM ET AL,
    Defendants.

CIVIL ACTION FILE

NO. 1:23-cv-00639-JPB

## J U D G M E N T

This action having come before the court, J. P. Boulee, United States District Judge, for consideration, it is

**Ordered and Adjudged** that the action be **DISMISSED without prejudice** for failure to prosecute and failure to comply with a court order.

Dated at Atlanta, Georgia this 8th day of November, 2023.

KEVIN P. WEIMER
CLERK OF COURT

By:  s/ T. Schoolcraft
    Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
November 8, 2023
Kevin P. Weimer
Clerk of Court

By: s/ T. Schoolcraft
    Deputy Clerk